# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2232

_____

Richard L. Greenstreet,                           *
                                                  *
              Plaintiff-Appellant,                *
                                                  *
Aural Greenstreet; The Estate of Aural            *
Greenstreet,                                      *
                                                  *
              Plaintiffs,                         *
                                                  *
        v.                                        *
                                                  *
Rinke-Noonan Law Firm; Schramel                   *
Sod Farms, LLC; R. L. Larson                      *
Excavating, Inc.; City of St. Cloud, MN           *
Engineering Department; Gerald W.                 *   Appeal from the United States
Vonkorff; Jill (Pinkert) Adkins; State            *   District Court for the
of Minnesota, Seventh Judicial District           *   District of Minnesota.
Court of Stearns County; State of                 *
Minnesota; Judge Thomas Schroeder;                *   [UNPUBLISHED]
Judge Richard J. Ahles; Judge Grey;               *
Karl E. Thoennes; Michael G. Blee;                *
Country Manor Health Care and Rehab               *
Center; Carol Payne; Laura Hood; City             *
of St. Cloud, Minnesota; City of St.              *
Cloud, Minnesota, Police Department;              *
Health Partners Central Minnesota                 *
Clinics; Jane Peterson, M.D.; Judge               *
Skipper J. Pearson; Judge Bernard E.              *
Boland,                                           *
                                                  *
              Defendants-Appellees.               *

_____

Submitted: July 22, 2004
Filed: August 2, 2004

_____

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

This appeal is dismissed for lack of jurisdiction.  See 8th Cir. R. 47B.

_____